No. 92–849. IMMIGRATION AND NATURALIZATION SERVICE ET AL. *v.* ZAMBRANO ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reno* v. *Catholic Social Services, Inc., ante,* p. 43.

No. 92–1276. REICH *v.* COLLINS ET AL. Sup. Ct. Ga. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harper* v. *Virginia Dept. of Taxation, ante,* p. 86.

No. 92–1522. AMERICAN NATIONAL BANK & TRUST CO. *v.* HANSON ET AL. Sup. Ct. Ky. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *TXO Production Corp.* v. *Alliance Resources Corp., ante,* p. 443.

No. 92–5580. LUCAS *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Texas, ante,* p. 350. ▪

No. 92–7433. HALE *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Department of Justice* v. *Landano,* 508 U. S. 165 (1993).

No. 92–7567. HAWKINS *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Texas, ante,* p. 350.